**Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAD and GINGER McGEER, husband and wife; RAVI VEDANAYAGAM and URSULA LUCKERT, husband and wife; and BEN F. and LELA M. BUSH, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, commonly known as THE BURLINGTON NORTHERN SANTA FE RAILWAY, a Delaware corporation doing business in the State of Washington ; and HARSCO CORPORATION, a Delaware corporation doing business in the State of Washington,<br><br>Defendant. | No. 3:09-cv-05330-BHS<br><br>ORDER ON PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE AND JOINT REQUEST OF PARTIES TO AMEND SCHEDULING ORDER |

Upon Plaintiffs' Motion To Continue Trial Date (Ct. Rec. 40) and the joint request of the parties to amend the scheduling order as set forth in Defendants' Response to Plaintiff's Motion (Ct. Rec. 42) IT IS ORDERED as follows:

1. Plaintiffs' Motion To Continue Trial Date is GRANTED.

2. A new trial date will be set at such time as the Washington Supreme Court has issued its ruling on the certification issues pending in the matter of Jongeward, et

[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO CONTINUE TRIAL
PAGE 1 OF 2
09-05330-BHS

*PAINE HAMBLEN LLP*
701 E. FRONT AVE., #101
COEUR D'ALENE, ID 83814
PHONE (509) 455-6000

al. v. <u>BNSF Railway Company</u>, Cause No. 2:09-cv-00010-RMP, United States District Court – Eastern District of Washington.

3. While the certification issue is pending in the <u>Jongeward</u> matter, discovery in the present case will continue according to the following schedule:

    a. The depositions of all parties and fact witnesses will be completed by June 30, 2011;

    b. Defendants shall disclose experts in accordance with FRCP 26 by August 31, 2011;

    c. Rebuttal experts will be disclosed in accordance with FRCP 26 by October 14, 2011;

    d. Discovery will be completed by October 31, 2011.

4. All other deadlines contained in the Court's Order of September 8, 2010 (Ct. Rec. 34), related to pretrial motions, settlement conferences, mediation, other pretrial submissions, the final pretrial conference and trial are vacated pending a new trial setting following resolution of the certification issues.

IT IS SO ORDERED this 9th day of March 2011.

BENJAMIN H. SETTLE
US District Court Judge

ORDER ON PLAINTIFFS' MOTION TO
CONTINUE TRIAL
PAGE 2 OF 2
09-05330-BHS

*PAINE HAMBLEN LLP*
701 E. FRONT AVENUE, #101
COUER D'ALENE, ID 83814
PHONE (208) 664-8115