**Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAD and GINGER McGEER, husband and wife; RAVI VEDANAYAGAM and URSULA LUCKERT, husband and wife; Darcy L. Taylor as Personal Representative of the Estate of BEN F. BUSH, deceased; and LELA M. BUSH, widow of Ben F. Bush,<br><br>    Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, commonly known as THE BURLINGTON NORTHERN SANTA FE RAILWAY, a Delaware corporation doing business in the State of Washington ; and HARSCO CORPORATION, a Delaware corporation doing business in the State of Washington,<br><br>    Defendant. | No. C-09-5330-BHS<br><br>**ORDER GRANTING SUBSTITUTION OF EXPERT WITNESS** |

    BEFORE THIS COURT is BNSF Railway Company's unopposed Motion to Substitute Expert Witness. BNSF Railway Company's Motion requests the Court permit substitution of Mr. Harry Holzhauer with Mr. Brian Glanville. This substitution is requested due to the February 2013 death of Mr. Holzhauer. BNSF Railway Company has further requested the Court handle this matter as expeditiously as possible. After considering the evidence before the Court,

**ORDER GRANTING SUBSTITUTION OF EXPERT WITNESS** - 1
C-09-5330-BHS

*PAINE HAMBLEN LLP*
707 E. FRONT AVENUE, SUITE 101
COEUR D' ALENE, IDAHO 83814-4914
PHONE (208) 664-8115

IT IS HEREBY ORDERED that BNSF Railway Company's Motion is granted and Mr. Brian Glanville shall be substituted as an expert witness in the place of Mr. Harry Holzhauer.

DATED this 25th day of April, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

PAINE HAMBLEN LLP

By: /s/ Andrew Mitchell
Andrew Mitchell, WSBA #30399
Ausey Robnett, *pro hac vice*
701 Front Avenue, Suite 101
Coeur d'Alene, ID  83816
Tel (208) 664-8115
Fax (208) 664-6338

Attorneys for Defendant
BNSF Railway Company

**ORDER GRANTING SUBSTITUTION OF EXPERT WITNESS** - 2
C-09-5330-BHS

*PAINE HAMBLEN LLP*
707 E. FRONT AVENUE, SUITE 101
COEUR D' ALENE, IDAHO 83814-4914
PHONE (208) 664-8115